UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FERNANDO MATTO,

    Plaintiff(s),

    v.

PATRICK R. DONAHOE,

    Defendant(s).
_____/

No. C-14-03213 DMR

**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**

On October 29, 2014, the court held a case management conference in this case. *See* Docket No. 5. Plaintiff failed to appear at the case management conference. In addition, this case was filed on July 16, 2014, but to date Defendants have not appeared and it appears that Defendants have not been served. Accordingly, the court ORDERS Plaintiff to respond by **November 17, 2014** and explain why this case should not be dismissed for failure to prosecute. Failure to respond by November 17, 2014 may result in dismissal of this action.

IT IS SO ORDERED.

Dated: October 30, 2014



_____
DONNA M. RYU
United States Magistrate Judge