UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO MATTO,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PATRICK R. DONAHOE, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-03213-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On October 30, 2014, the court issued an Order to Show Cause, instructing Plaintiff to submit a written statement by no later than November 17, 2014 explaining Plaintiff's failure to appear at the case management conference held on October 29, 2014 and failure to serve Defendants. [Docket No. 6.] The Order to Show Cause stated that failure to respond by November 17, 2014 "may result in dismissal of this action." *Id.* To date, Plaintiff has not responded to the Order to Show Cause. Accordingly, this matter is hereby dismissed without prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: March 24, 2015

_____
Donna M. Ryu
United States Magistrate Judge